[Sac. No. 3294. In Bank.—May 2, 1922.]

In the Matter of the Estate of CAROLINE WILLIAM, Deceased. THOMAS W. JAMES, Respondent, v. ALFRED H. ROWE, Appellant.

[1] ESTATES OF DECEASED PERSONS — WILL CONTEST — MENTAL INCAPACITY OF TESTATRIX—SUFFICIENCY OF EVIDENCE.—The judgment denying the admission to probate of the will involved in this proceeding is affirmed upon the ground of the sufficiency of the evidence to uphold the finding that at the time of the making of the will the testatrix was not competent to remember her affairs sufficiently to make a will or to remember her relatives and keep the matter in mind long enough to complete the task.

APPEAL from a judgment of the Superior Court of Nevada County. George L. Jones, Judge. Affirmed.

Contest of a will before probate involving the issues of its due execution and the mental competency of the person executing it.

E. H. Armstrong and W. B. White for Appellant.

Nilon & Nilon for Respondent.

At the close of the argument the court rendered its opinion as follows:

[1] It is the opinion of the court that there is enough evidence in this case to uphold the finding of the trial court that at the time of the making of the will the testatrix was not competent to remember her affairs sufficiently to make a will or to remember her relatives and keep the matter in mind long enough to complete the task. Upon that ground the judgment of the court below is affirmed.

The court expresses no opinion as to the sufficiency of the evidence to sustain the finding that the will was not properly executed.

The judgment is affirmed.

Shaw, C. J., Lawlor, J., Wilbur, J., Lennon, J., Shurtleff, J., Sloane, J., and Richards, J., *pro tem.,* concurred.